John C. Ridge, Esq. (0086046)  
**RIDGE LAW, LLC**  
3136 Kingsdale Center #119  
Upper Arlington, Ohio 43221  
Tel.: 614-561-7541  
Fax: 614-799-2506  
E-mail: jridge@ridge-law.com

IT IS SO ORDERED.  
/s *David A. Ruiz*  
U.S. District Judge  
1/18/2024

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP ) <br> Address 99.9.202.88, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 1:23-cv-01437-DAR |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.9.202.88, are voluntarily dismissed without prejudice.

Dated: January 17, 2024

Respectfully submitted,

By: /s/ *John C. Ridge*  
John C. Ridge, Esq. (0086046)  
**RIDGE LAW, LLC**  
*Trial Counsel for Plaintiff*

By: /s/ *Jeremy J. Thompson*  
Jeremy J. Thompson, Esq. (NV12503)  
**The Law Office of Jeremy J. Thompson PLLC**  
5200 Willson Road, Suite 150  
Edina, MN 55424  
Tel.: (952) 952-1883

1

Fax: (952) 952-1884  
E-mail: jeremy@jthompson.law  
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: */s/ John C. Ridge*